# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **KEVIN AUSTIN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 9823 |
| | ) | |
| **CITY OF CHICAGO**, | ) | |
| a Municipal Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM ORDER</u>

This employment discrimination action by Kevin Austin ("Austin") against the City of

Chicago (the "City") was initiated on Austin's behalf by his then-retained counsel Barry

Gomberg ("Gomberg").  But after living 1/2 year with the case, Gomberg filed a May 29, 2015

motion to withdraw as Austin's counsel, asserting this in his motion [Dkt. 13]:

> There has been a break down in the attorney-client relationship between Plaintiff
> and his counsel, in part, regarding communication and case strategy.

This Court granted Gomberg's motion when it was presented -- and Austin, who participated

telephonically when Gomberg tendered that motion, then stated that he anticipated seeking the

appointment of a replacement for Gomberg.

Austin has now tendered a Motion for Attorney Assistance ("Motion"), supported by an

In Forma Pauperis Application ("Application"), both employing forms supplied by the Clerk's

Office for use by pro se litigants.  This Court has reviewed those submissions and has

determined that Austin qualifies for in forma pauperis status. It therefore grants Austin's Motion and has obtained the name of this member of the District Court trial bar to represent him:[1]

> Patricia Costello Slovak
> Schiff Hardin, LLP
> 233 South Wacker Drive
> Suite 6600
> Chicago, IL 60606
> 312-258-5500
> Email: pslovak@schiffhardin.com.

This Court has made no judgment as to the breach in relationship that occurred as between Austin and Gomberg that led to the latter's withdrawal as counsel -- it does not inquire into such situations, both because of its respect for the attorney-client privilege and because it regards such breaches as the law-based equivalent of no-fault divorce. It should however be made clear to Austin that if the situation were to repeat itself, there would be no assurance of a further appointment.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 16, 2015

---

[1] Attorney Slovak is advised that the next scheduled status hearing date is 9 a.m. July 10, 2015.